# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| JOHN HAYLEY and LAUREN HAYLEY, § § Plaintiffs, § § v. § Civil Action No. 7:22-cv-00036-O § MERIDIAN SECURITY INSURANCE § COMPANY, § § Defendant. § | |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant's Motion to Strike Plaintiffs' Claim for Attorneys' Fees. ECF No. 8. By Order entered on August 4, 2022, United States District Judge Reed O'Connor referred the Motion and all related responses, replies, briefs in support, appendices, etc. to the undersigned. ECF No. 14. After reviewing the Motion and Defendant's Amended Certificate of Conference (ECF No. 12), the Court ordered Plaintiffs to file a notice on or before September 26, 2022 stating whether they were opposed or unopposed to the Motion. ECF No. 19. The Plaintiffs filed a Notice of Non-Opposition on September 24, 2022, stating that they did not oppose Defendant's Motion. ECF No. 20. Accordingly, the undersigned **RECOMMENDS** that Judge O'Connor **GRANT** Defendant's Motion (ECF No. 8).

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions, and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need

only make a de novo determination of those portions of the United States Magistrate Judge's proposed findings, conclusions, and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file by the date stated above a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute* 28 U.S.C. § 636(b)(1) (extending the deadline to file objections from ten to fourteen days).

**SIGNED** on September 29, 2022.

*[signature: Hal R. Ray, Jr.]*
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE