IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JOHN HAYLEY and LAUREN HAYLEY, § § Plaintiffs, § § v. § § MERIDIAN SECURITY INSURANCE § COMPANY, § § Defendant. § | Civil Action No. 7:22-cv-00036-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Strike Plaintiffs' Claim for Attorneys' Fees (ECF No. 8) is **GRANTED**, Plaintiffs' claim for attorneys' fees is hereby stricken, and Plaintiffs are barred from recovery of attorneys' fees incurred after May 10, 2022.

**SO ORDERED** on this **17th day of October, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**